1

2

3

4

5

6

7                    IN THE UNITED STATES DISTRICT COURT

8                 FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10

11   ORLANDO FORD,

12            Petitioner,                    No. 2:13-cv-0031 AC P

13        vs.

14   R. GROUNDS,

15            Respondent.                    ORDER

16   _____/

17            Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of

18   habeas corpus pursuant to 28 U.S.C. § 2254.[1]  In his application, petitioner challenges a prison

19   disciplinary conviction at Corcoran State Prison, which is located in Kings County.  Kings

20   County is part of the Fresno Division of the United States District Court for the Eastern District

21   of California.  See Local Rule 120(d).

22            Pursuant to Local Rule 120(f), a civil action which has not been commenced in

23   the proper division of a court may, on the court's own motion, be transferred to the proper

24   division of the court.  Therefore, this action will be transferred to the Fresno Division of the

25   _____

26        [1]   However, petitioner has not filed an in forma pauperis affidavit or paid the required
     filing fee ($5.00).  See 28 U.S.C. §§ 1914(a); 1915(a).

1

1    court.

2             Good cause appearing, IT IS HEREBY ORDERED that:

3             1.  This action is transferred to the United States District Court for the Eastern

4    District of California sitting in Fresno; and

5             2.  All future filings shall reference the new Fresno case number assigned and

6    shall be filed at:

7                   United States District Court
                    Eastern District of California
8                   2500 Tulare Street
                    Fresno, CA 93721
9

10   DATED: March 18, 2013.

11

12                                        ALLISON CLAIRE
                                          UNITED STATES MAGISTRATE JUDGE
13

14   AC:009
     ford031.109
15

16

17

18

19

20

21

22

23

24

25

26

2